IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-624-KLM

SUZETTE WEST and
JAMES WEST
Plaintiffs,

v.

SAULSBURY INDUSTRIES, INC., and
HENRY MENDEZ
Defendants.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

In accordance with Fed.R.Civ.Pro. 41(a)(1)(A)(ii), Plaintiffs, Suzette and James West, and Defendant, Saulsbury Industries, Inc., stipulate to the dismissal of this action with prejudice, with each party to bear her or its own attorney fees and costs.

DATED March 27, 2017.

| **CANNON HADFIELD, LLC** | **JACKSON LEWIS P.C.** |
|---|---|
| */s/ Sam Cannon* | */s/ Timothy M. Kratz* |
| Sam Cannon | Timothy M. Kratz |
| 148 West Oak Street # C | Kristen M. Baylis |
| Fort Collins, CO 80522 | 950 17th Street, Suite 2600 |
| Telephone: (970) 689-3037 | Denver, CO 80202 |
| Email: scc@cannonlaw.com | Telephone: 303-892-0404 |
| *Attorney for Plaintiffs* | e-mail: kristen.baylis@jacksonlewis.com |

**LOWRY PARADY, LLC**

*/s/ Ben Lebsack*
Ben Lebsack
1725 High Street, #1
Denver, CO 80218
Telephone: (303) 593-2595
e-mail: Ben@lowrey-parady.com
*Attorney for Plaintiffs*