# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-624-KLM

SUZETTE WEST and JAMES WEST

Plaintiffs,

v.

SAULSBURY INDUSTRIES, INC., a Texas Corporation

Defendants.

## NOTICE OF DISMISSAL

Plaintiffs James and Suzette West give notice that they dismiss all claims in the First Amended Complaint against Defendant Henry Mendez with prejudice.

### CERTIFICATE OF COMPLIANCE WITH D. C. COLO. L. CIV. R. 7.1(A)

Plaintiff's counsel has conferred with counsel for Saulsbury Industries, Inc. Salusbury Industries, Inc. has no objection dismissing the claims against Henry Mendez.

### ARGUMENT

A party can dismiss claims at any time before an opposing party has answered the claims or filed a motion for summary judgment by filing a Notice of Dismissal. Fed. R. Civ. P. 41(a)(1(A)(i). The Wests seek to dismiss claims against Henry Mendez, who has not answered the complaint. Accordingly, the Wests can dismiss the claims against Henry Mendez through a Notice of Dismissal.

Dated: March 27, 2017.                               **CANNON HADFIELD, LLC**


*/s/ Sam Cannon*
Sam Cannon, #46132
Cannon Hadfield, LLC
148 West Oak Street #C
PO Box 620
Fort Collins, CO 80522
Telephone: (970) 689-3037
Email:  scc@cannonlaw.com

and


**LOWREY PARADY, LLC**

*/s/Ben Lebsack*
Ben Lebsack, # 45206
Lowrey Parady, LLC
1725 High St., #1
Denver, CO 80218
Telephone: (303) 593-2595
ben@lowrey-parady.com


## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2017, a true and correct copy of the foregoing **NOTICE OF DISMISSAL** was e-filed and e-served via the ECF filing system upon the following:

Timothy Kratz
Kristen Baylis
Jackson Lewis, P.C.
950 17th Street, Suite 2600
Denver, CO 80202
*Attorney for Defendant Saulsbury Industries, Inc.*

/s/ Lisa Keller
For Cannon Hadfield, LLC